IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BILLINGS CLINIC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY COMPANY, AND DOES 1-5,<br><br>　　　　Defendants. | CV 24-00060-BLG-SPW<br><br>**ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING ORDER AND SET SCHEDULING CONFERENCE** |

Upon consideration of the Joint Motion to Vacate the Current Scheduling Order and to Set a Scheduling Conference (Doc. 49), and for good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Joint Motion (Doc. 49) is **GRANTED.** The current Scheduling Order (Doc. 45) is **VACATED,** which includes vacating all pending deadlines and the Final Pretrial Conference set for September 9, 2026 at 1:30 p.m. and the trial presently set for September 21, 2026 at 9:00 a.m.

**IT IS FURTHER ORDERED** that a Scheduling Conference be set for **Tuesday, October 21, 2025 at 10:30 a.m. (MDT).** Counsel shall appear telephonically by following these steps:

1

A. Dial: 1-(833) 990-9400
B. When Prompted: Enter Meeting ID 364066639

If a party cannot attend the conference at the time set, application for an extension must be made by motion. This motion must state whether the opposing party or parties object(s). The motion must be accompanied with a proposed date that works for all parties.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of September, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge